| | |
|---|---|
| 1 | Tim L. Johnson CA Bar No. 265794 |
| | tim.johnson@ogletree.com |
| 2 | Jesse C. Ferrantella CA Bar No. 279131 |
| | jesse.ferrantella@ogletree.com |
| 3 | Cameron O. Flynn CA Bar No. 301830 |
| | cameron.flynn@ogletree.com |
| 4 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| 5 | 4370 La Jolla Village Drive, Suite 990 |
| | San Diego, CA  92122 |
| 6 | Telephone:  858-652-3100 |
| | Facsimile:   858-652-3101 |
| 7 | |
| 8 | Attorneys for Defendant GXO LOGISTICS SUPPLY CHAIN, INC. |
| 9 | Kane Moon, CA Bar No. 249834 |
| | kmoon@moonlawgroup.com |
| 10 | Allen Victor Feghali, CA Bar No. 301080 |
| | afeghali@moonlawgroup.com |
| 11 | Sohyun Oh, CA Bar No. 341157 |
| | joh@moonlawgroup.com |
| 12 | MOON LAW GROUP, PC |
| | 1055 W 7th Street, Suite 1880 |
| 13 | Los Angeles, CA 90017-2529 |
| | Telephone:  213-232-3128 |
| 14 | Facsimile:   213-232-3125 |
| 15 | |
| 16 | Attorneys for Plaintiff, ANTHONY CARLOS |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY CARLOS, individually, and on behalf of all others similarly situated, | | Case No. 5:22-cv-00418-TJH-SHKx |
| | | **ORDER GRANTING STIPULATION FOR DISMISSAL  [26]  [JS-6]** |
| Plaintiff, | | |
| v. | | |
| | | Complaint Filed: January 4, 2022 |
| GXO LOGISTICS SUPPLY CHAIN, INC., a California corporation; and DOES 1 through 10, inclusive, | | Trial Date:         Not Set |
| | | Removed:          March 7, 2022 |
| | | District Judge: Terry J. Hatter |
| Defendant. | | Magistrate Judge: Shashi H. Kewalramani |

Case No. 5:22-cv-00418-TJH-SHKx

ORDER GRANTING STIPULATION FOR DISMISSAL

Case 5:22-cv-00418-TJH-SHK   Document 29   Filed 01/22/24   Page 2 of 2   Page ID #:241

The Court, having reviewed the Parties' Stipulation for Dismissal, hereby ORDERS that the above-entitled action be dismissed without prejudice and vacates all dates and deadlines.

**IT IS SO ORDERED.**

DATED: JANUARY 22, 2024

*Terry J. Hatter, Jr.*
_____
Hon. Terry J. Hatter Jr.
U.S. District Judge

1
Case No. 5:22-cv-00418-TJH-SHKx
ORDER GRANTING STIPULATION FOR DISMISSAL